IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE HAND PROMOTIONS INC.                                          PLAINTIFF

v.                            No. 4:14-cv-749-DPM

JAIME A. ATILANO, individually
and d/b/a Las Palmas III a/k/a
Las Palmas Mexican Restaurant; and
ATILANO INC., an unknown business
entity d/b/a Las Palmas III a/k/a
Las Palmas Mexican Restaurant                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2016